Antony Buchignani (Bar No. 186528)
antony.buchignani@dlapiper.com
DLA PIPER LLP (US)
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California  90067
Telephone:  (310) 595-3000
Facsimile:  (310) 595-3300

Attorneys for Plaintiff
CONCEPT ACQUISITIONS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPT ACQUISITIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAVINDER ATHWAL, an individual; TARNJIT ATHWAL, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  2:08-CV-02119-GEB-DAD<br><br>**ORDER REGARDING STIPULATED PERMANENT INJUNCTION AND DISMISSAL OF COMPLAINT**<br><br>**[Fed. R. Civ. P. 41]** |

Pursuant to the Stipulated Permanent Injunction and Request for Dismissal of Complaint and Order thereon, IT IS ORDERED that:

Defendants Ravinder and Tarnjit Athwal dba RMT Pizza Company and Roseville Family Pizza (the "Athwals") and all of their spouses, principals, agents, servants, employees, representatives, successors and assigns, and all persons or entities acting in concert or participation with any of them, shall be and hereby are PERMANENTLY ENJOINED and restrained from engaging in or undertaking any of the following activities:

1.  Using any of Concept Acquisitions, LLC's ("Plaintiff") trademarks, service marks, trade names, logos, emblems and indicia of origin, including but not

WEST\21603585.1

1  limited to "Mountain Mike's" and "Mountain Mike's Pizza" (collectively, the
2  "Plaintiff Marks"), or any trademark, service mark, logo or trade name that is
3  confusingly similar to any of the Plaintiff Marks; and
4      2.    Passing off any of their products or services as those of Plaintiff or of
5  Plaintiff's authorized franchisees.
6      IT IS FURTHER ORDERED that this case is dismissed with prejudice.

8      **IT IS SO ORDERED**.

12  DATED: 12/3/08        _____
                            UNITED STATES DISTRICT JUDGE

WEST\21603585.1